Ernesto D. MONTEZ, Jr., Appellant,

v.

**STATE of Missouri, Respondent.**

**No. 72065.**

Missouri Court of Appeals,
Eastern District,
Division Two.

Feb. 24, 1998.

David Simpson, Asst. Public Defender, Columbia, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Jill C. LaHue, Asst. Atty. Gen., Jefferson City, for respondent.

Before CRANE, P.J., and RHODES RUSSELL and JAMES R. DOWD, JJ.

*ORDER*

PER CURIAM.

Defendant pled guilty to one count of burglary in the first degree in violation of section 569.160 RSMo 1994. Defendant was

convicted and sentenced to a term of ten years of incarceration. Following conviction, defendant filed a motion for post-conviction relief pursuant to Rule 24.035. Defendant appeals the motion court's denial of his motion and his request for a hearing.

The judgment of the trial court is based on findings of fact that are not clearly erroneous. No error of law appears. A written opinion would have no precedential value. However, we have provided the parties with a memorandum, for their information only, setting forth our reasoning.

The judgment of the trial court is affirmed pursuant to Rule 84.16(b).